USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
FELIBERTO QUINONES,

                Plaintiff,

-against-                                      24-cv-4531 (LAK)

PAVXPRESS, INC., etc., et al.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The notice of removal, which was filed on June 13, 2024, states that the moving defendant was served on or about April 16, 2024. Dkt 1, ¶ 7. Section 1446(b) of the Judicial Code, 28 U.S.C. § 1446(b), provides in relevant part that "[t]he notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based . . . "

        On June 21, 2024, the Court directed the removing defendant to show cause, on or before July 1, 2024, why the action should not be remanded on the ground that it was not timely removed. The removing defendant has not responded to that order.

        Accordingly, this case is remanded to the Supreme Court of the State of New York, Bronx County.

        SO ORDERED.

Dated:      July 2, 2024

                                                                     _____
                                                                         Lewis A. Kaplan
                                                                    United States District Judge